IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. WASHINGTON,
    Plaintiff,

V.

Christine Holmen, Et. Al
    Defendants,

Case No. 3:23-CV-00160-WMC

## DISCLOSURE OF PLAINTIFFS EXPERT WITNESS LIST

Now, comes the Plaintiff James R. Washington, Pro Se, to the Courts with A Disclosure of the Plaintiffs Expert Witness List, according to Federal Rules of Civil Procedure under Rule 26(a)(2). The Plaintiff in the Event that he is to forward this directly to the Defendants Lawyer has sent this Disclosure by using the United States Postal Service via mail a list of those Expert Witnesses. They are as Follow;

-Brad Rogowski Md(10/5/21); David Ciske Md(10/8/21); Albert Alter Md(10/8/21); David Nierman Md(10/8/21); Rhonda Weir Md(10/5/21). The Following all are from:
Divine Savior Hospital(Aspirus)ICU
2817 New Pinery Road
Portage, WI 53901

In the event that the Plaintiff discover more witnesses he will submit them before the closing of Disclosure in this case.

RESPECTFULLY SUBMITTED,

*James R. Washington*
James R. Washington #301901
Green Bay Correctional Inst.
P.O. Box 19033
Green Bay, WI 54307

December 25, 2023